**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01111-CV

### IN RE CARL WILLIAM WHITACRE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-01264-U**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
JUSTICE